## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **GERMAN ROMAN MANCILLAS,** *Plaintiff* | § § § | |
| **v.** | § § § | **Case No. 1:23-CV-01563-DII** |
| **SU MAJESTAD MI BANDA EL MEXICANO DE CASIMIRO and CASIMIRO ZAMUDIO SANTOS,** *Defendants* | § § § § § | |

## <u>ORDER</u>

Plaintiff filed this action on December 24, 2023. Dkt. 1. To date, Defendants have not appeared in this action. The District Court ordered Plaintiff to move for entry of default and default judgment. Dkt. 11. Plaintiff moved for entry of default against both defendants on May 23, 2024. Dkt. 12. The Clerk entered default as to both defendants on June 28, 2024. Dkt. 13. Plaintiff must now move for default judgment. *See* W.D. Tex. Loc. R. CV-55 ("If a defendant is in default, the court may require the plaintiff to move for entry of a default and a default judgment. If the plaintiff fails to do so within the prescribed time, the court may dismiss the action, without prejudice, as to the defendant.").

Federal Rule of Civil Procedure 55 governs the entry of default judgment. "Default under Rule 55 is a two-step process: (1) the entry of default and (2) the subsequent entry of a default judgment." *Can Capital Asset Servicing, Inc. v. Huerta, Jr.*, No. SA-15-CV-1049-XR, 2016 WL 8223267, at *1 (W.D. Tex. Mar. 31, 2016) (citing Fed. R. Civ. P. 55). "An *entry of default* is what the clerk enters when the default is established by affidavit or otherwise. After defendant's default has been entered, plaintiff may apply for a judgment based on such default. This is a *default judgment.*" *New York Life Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996)

1

(emphasis in original). Plaintiff has yet to complete the second step in the process by moving for default judgment. FED. R. CIV. P. 55(b).

Accordingly, **IT IS ORDERED** that Plaintiff move for default judgment against Defendants on or before **July 31, 2024**.

**SIGNED** on July 17, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

2